UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **SHANTI DEVA KORPI,**  <br><br>             **Plaintiff,**  <br><br>     vs.  <br><br>**APPLE INC.,**  <br><br>             **Defendant.** | No.  CIVIL ACTION NO: 1:11-cv-00906-LY  <br><br>*AMENDED* NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE UNDER RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE |

PLEASE TAKE NOTICE THAT Plaintiff Shanti Deva Korpi ("Korpi") hereby voluntarily dismisses her First Amended Complaint against Defendants Apple Inc. ("Apple") and Charles Christopher Jensen ("Jensen") in *Korpi v. Apple, Inc.* (W.D. Tex. Case No. 1:11-cv-00906-LY), with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with each party to bear its own costs and attorneys' fees.  The parties request that any and all hearing dates and deadlines pursuant to the Scheduling Order be removed from the Court's calendar and that this action be dismissed in its entirety.

Dated: August 17, 2012

By:        */s/ David M. Given*
**PHILLIPS, ERLEWINE & GIVEN, LLP**
David M. Given (*Pro Hac Vice*)
California State Bar No. 142375
50 California Street, 35th Floor
San Francisco, CA  94111
Telephone:  415-398-0900
Fax:             415-398-0911

**LAW OFFICE OF BUCK MCKINNEY**
R. Buck McKinney
Texas Bar # 00784572
PO Box 6231
Austin, Texas  78762-6231
Telephone:     512-236-0150
Facsimile:      512-444-1879
**ATTORNEYS FOR PLAINTIFF**

1

Dated:  August 17, 2012   By:_____/s/ Clifford Webb_____
                                                                            **FENWICK & WEST LLP**
                                                                            Clifford Webb
                                                                            555 California Street, 12th Floor
                                                                             San Francisco, CA  94104
                                                                             Telephone:  415-875-2300
                                                                             Fax:         415-281-1350
                                                                             **ATTORNEYS FOR DEFENDANT APPLE, INC.**


Dated:  August 17, 2012   By:_____/s/_Charles C. Jensen_____
                                                                             **Charles C. Jensen, Pro Se**
                                                                            26371 Paloma #191
                                                                            Foothill Ranch, CA  92610
                                                                            Telephone: 949-305-0408
                                                                            Email:  fondettigmail.com

PROOF OF SERVICE

I, the undersigned, declare that I am over the age of eighteen and not a party to this action. My business address is Phillips Erlewine & Given LLP, 50 California Street, 35th Floor, San Francisco, California 94111.

On the date below, at my place of business at San Francisco, California, a copy of the following document(s):

**AMENDED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE UNDER RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

was placed in a sealed envelope addressed to:

| | |
|---|---|
| Robert Buckner McKinney<br>Law Office of Buck McKinney, PC<br>P. O. Box 6231<br>Austin, TX 78762-6231<br>Email: mckinney@buckmckinney.com | Co-Counsel for Plaintiff<br>Shanti Deva Korpi |
| Tyler A. Baker, III<br>Fenwick & West LLP<br>801 California Street<br>Mountain View, CA 95041<br>Email: tbaker@fenwick.com | Attorneys for Defendant<br>Apple, Inc. |
| Laurence F. Pulgram<br>Clifford Webb<br>Fenwick & West LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94111<br>Email: lpulgram@fenwick.com;<br>cwebb@fenwick.com | Attorneys for Defendant<br>Apple, Inc. |
| Charles C. Jensen<br>26371 Paloma #191<br>Foothill Ranch, CA 92610<br>Email: fondetti@gmail.com | *In Propria Persona* |

[]   BY U.S. MAIL: I placed the above documents in a sealed envelope for deposit in the United States Postal Service, with first class postage fully prepaid, and that envelope was placed for collection and mailing on that date following ordinary business practices.

1.

PHILLIPS, RELEWINE & GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

[ ] <u>BY FACSIMILE TRANSMISSION</u>: I transmitted the above documents by facsimile transmission to the FAX telephone number listed for each party above and obtained confirmation of complete transmittal thereof.

[X] <u>BY ELECTRONIC TRANSMISSION</u>: I caused the above documents to be electronically transmitted to the parties listed above.

[ ] <u>BY CAUSING PERSONAL SERVICE</u>: I placed the above documents in a sealed envelope. I caused such envelope(s) to be handed to our messenger service to be delivered by hand to the above address(es).

[ ] <u>BY PERSONAL SERVICE</u>: I placed the above documents in a sealed envelope. I delivered each of said envelopes by hand to the above address(es).

[ ] <u>BY OVERNIGHT EXPRESS</u>: I placed the above documents in a sealed envelope. I caused such envelope(s) to be delivered by Federal Express to the above address(es) by overnight express.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 17, 2012, at San Francisco, California.

/s/ Rosemary A. Comisky Culiver
Rosemary A. Comisky Culiver