IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2012 AUG 20  PM 3:46
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY

| | |
|---|---|
| SHANTI DEVA KORPI, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. A-11-CV-906-LY |
| § | |
| APPLE, INC. AND CHARLES § | |
| CHRISTOPHER JENSEN, § | |
| DEFENDANTS. § | |

## FINAL JUDGMENT

Before the court is Plaintiff's Amended Notice of Voluntary Dismissal With Prejudice Under Rule 41(a) of the Federal Rules of Civil Procedure, filed August 17, 2012 (Clerk's Doc. No. 26), stipulating to dismissal with prejudice of the above styled and numbered cause of action. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the complaint in the above-styled and numbered cause is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that this case is **CLOSED**.

SIGNED this _____ day of August, 2012.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE